FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2015 JAN -7  PM 4: 36

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY. _____

| | | |
|---|---|---|
| SCOTT A. ELLIOTT, MING-HANG HO, | § | |
| AND THE ROXANA H. CUPPLES | § | |
| REVOCABLE INTER VIVOS TRUST, | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CAUSE NO. 1:14-CV-972-LY |
| | § | |
| MISSION TRUST SERVICES, LLC, | § | |
| CHRISTOPHER C. FINLAY, THE | § | |
| CORPORATION TRUST COMPANY | § | |
| AND MICHAEL T. HOSMER, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. By separate order signed this day,

the court transferred Non-Party David Wieland's Motion for Protective Order and Motion to Quash

Subpoena to Testify at a Deposition filed October 28, 2014 (Clerk's Doc. No. 1) to the United States

District Court for the Northern District of Illinois, Eastern Division. The court also dismissed all

motions pending in this action. Accordingly, the court renders the following Final Judgment

pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this case is **CLOSED**.

SIGNED this ___7th___ day of January, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE