| | |
|---|---|
| From: | usdc_ecf_ilnd@ilnd.uscourts.gov |
| To: | InterdistrictTransfer_TXWD@txwd.uscourts.gov |
| Date: | 01/22/2015 02:42 PM |
| Subject: | Transferred case has been opened |

CASE: 1:14-cv-00972

DETAILS: Case transferred from Texas Western has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6,1 as case 1:15-cv-00650, filed 01/20/2015.